No. 764. FERDINAND EIDMAN, COLLECTOR, ETC., PETITIONER, *v.* HENRY B. SHEPARD, EXECUTOR, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* for petitioner. No appearance for respondent.

No. 765. FERDINAND EIDMAN, COLLECTOR, ETC., PETITIONER, *v.* ALBERT LEWISOHN ET AL., EXECUTORS, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* for petitioner. *Mr. Edward Lauterbach* for respondents.

No. 766. ARCHIE D. SANDERS, COLLECTOR, ETC., PETITIONER, *v.* LAWRENCE D. RUMSEY ET AL., EXECUTORS, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* for petitioner. *Mr. Ansley Wilcox* for respondents.

No. 767. THE UNITED STATES, PETITIONER, *v.* PETER W. ROUSS, EXECUTOR, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* for petitioner. *Mr. John Jerome Rooney* for respondent.